**Joe PRATT and Misty Pratt, Respondents,**

v.

**PATRIOT SALES, INC., d/b/a Patriot Homes, Inc., Appellant.**

No. WD 64964.

Missouri Court of Appeals, Western District.

April 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2006.

James Burke James, Springfield, MO, for appellant.

John M. Wilcox, Shelbina, MO, for respondents.

Before LOWENSTEIN, P.J., BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Patriot Homes appeals the trial court's denial of its motion to set aside a default judgment entered in favor of Joe and Misty Pratt for Patriot Homes' failure to provide title to a mobile home the Pratts purchased from it. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).